**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>Todd Nickles<br>& Julie Nickles,<br><br>               Debtors | Chapter 12<br>Case No. 25-10029 |

## ORDER DENYING MOTION TO SHORTEN TIME FOR OBJECTIONS AND REQUEST FOR EXPEDITED HEARING

      This chapter 12 case was commenced on February 26, 2025. [Dkt. No. 1]. Under 11 U.S.C. § 1221, the debtors had 90 days from the petition date—until May 27, 2025—to file a plan. Well in advance of that deadline, they filed a plan on April 16, 2025. [Dkt. No. 9]. But the debtors did not immediately set the plan for hearing and provide notice of the hearing date and objection deadline to interested parties. Instead, they waited two weeks. On May 1, 2025, they filed a notice setting the plan for hearing on May 28, 2025, and setting an objection deadline of May 14, 2025. [Dkt. No. 14]. Then, they filed a Motion to Shorten Period for Objection and Request for Expedited Hearing on Confirmation of Chapter 12 Plan [Dkt. No. 15] (the "Motion"). The Motion is hereby DENIED.

      Parties in interest are entitled to at least 21 days' notice of "the time to file an objection to—and the time of the hearing to consider whether to confirm—a [c]hapter 12 plan." Fed. R. Bankr. P. 2002(a)(8). The debtors have not offered a sufficient justification to truncate the time for objections from 21 days to 14 (or less). And—beyond that—there is no need for the Court to consider confirmation on an expedited basis under Local Rule 9013-4(a) because the hearing was scheduled more than 21 days after the plan and the notice of hearing were filed.

    The confirmation hearing on May 28, 2025 will go forward, as scheduled. Interested parties may object—or supplement previously filed objections—up to the commencement of the hearing or do so orally during the hearing.

Date: May 22, 2025

*[signature]*

Michael A. Fagone
United States Bankruptcy Judge
District of Maine